# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CARLA MCCLINTON                :

    PLAINTIFF                :

    V.                :      CASE NO. <u>1:05CV02433</u>

FLEISCHMAN AND WALSH P.C.  :

    DEFENDANT              :

## **NOTICE OF APPEARANCE**

Madam Clerk:

    Please enter the appearance of L. Jeanette Rice, on behalf of the Plaintiff, Carla McClinton.

    Respectfully submitted,

<u>/s/ L. Jeanette Rice</u>
L. Jeanette Rice
Walsh, Becker, Spears & Moody
14300 Gallant Fox Lane
Suite 218
Bowie, MD 20715
301-262-6000