UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CARLA MCCLINTON | : |
| Plaintiff | : |
| Vs. | :    Civil No. 1:05cv02433 (RWR) |
| FLEISCHMAN AND WALSH, P.C. | : |
| Defendant | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LINE SUBSTITUTING APPEARANCE OF COUNSEL

Dear Madam Clerk:

    Please substitute the appearance of L. Jeanette Rice as attorney for Plaintiff, Carla McClinton instead of that of Perry Becker, Esquire.

                                      Respectfully Submitted,

                                      /s/ L. Jeanette Rice
                                      L. Jeanette Rice, Esquire
                                      14300 Gallant Fox Lane, Suite 218
                                      Bowie, Maryland 20715
                                      (301) 262-6000
                                      Attorney for Plaintiff

    I HEREBY CERTIFY that on June 5, 2006, a copy of the foregoing was served electronically and mailed, via first class mail, postage prepaid to:

Laura N. Steel, Esquire
1341 G Street, N.W., 5th Floor
Washington, DC 20005

                                      /s/ L. Jeanette Rice
                                      L. Jeanette Rice