**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division**

| | | |
|---|---|---|
| **CARLA MCCLINTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action 05-2433 (RWR)** |
| v. | ) | |
| | ) | |
| **FLEISCHMAN AND WALSH, P.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION
## OF PLAINTIFF

Please take notice that the deposition of the following individual will be taken for the purpose of discovery and/or evidence in the above case by oral examination before a notary public or anyone duly authorized to administer oath in due form of law WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 1341 G Street, N.W., Suite 500, Washington DC 20015

| **NAME** | **DATE** | **TIME** |
|---|---|---|
| **Carla McClinton** | **October 31, 2006** | **10:00 a.m.** |

The deposition shall continue from day to day until completed. The purpose of the deposition is discovery.

The listed deponent is hereby notified to personally appear and attend on the date and at the time indicated, at the place specified, for the purpose of having his deposition taken in accordance with the Rules of this Court. The above-named individual is hereby notified to personally appear and attend at the time and place specified and is requested to bring with her all documents, records, reports, diagrams, photographs and other writings and materials concerning

243789.1

this matter and the damages claimed, including but not limited to those documents which are responsive to Defendant's Request for Production of Documents.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER


        By    */s/ Laura N. Steel*
          Laura Nachowitz Steel (DC Bar 367174)
          1341 G Street, N.W., Suite 500
          Washington, D.C. 20005-3105
          (202) 626-7660
          Fax (202) 628-3606

        *Counsel for defendant Fleischman & Walsh, LLC*


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Deposition of Plaintiff, was served via first class mail postage prepaid and via electronic case filing (ECF) on the  11th day of October 2006, to:

        Perry Becker, Esquire
        L. Jeanette Rice, Esquire
        Walsh, Becker, Spears & Moody
        15300 Gallant Fox Lane
        Suite 218
        Bowie, MD 20715

        Misty Klapper & Associates
        1150 Connecticut Avenue, NW
        Washington, DC 20036
        Court Reporter


        */s/ Laura N. Steel*
        Laura N. Steel

243789.1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| **CARLA MCCLINTON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **Civil Action 05-2433 (RWR)** |
|     **v.** | ) |
| | ) |
| **FLEISCHMAN AND WALSH, P.C.,** | ) |
| | ) |
|     **Defendant.** | ) |

CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 11th day of October, 2006, a copy of Defendant's Notice of Deposition of Plaintiff and a copy of the Certificate Regarding Discovery, was served via first class mail, postage prepaid and via electronic case filing (ECF) to:

Perry Becker, Esquire
L. Jeanette Rice, Esquire
Walsh, Becker, Spears & Moody
15300 Gallant Fox Lane
Suite 218
Bowie, MD 20715

Misty Klapper & Associates
1150 Connecticut Avenue, NW
Washington, DC 20036
Court Reporter

and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

243789.1

        Respectfully submitted,
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP


By _____*/s/ Laura N. Steel*_____
Laura Nachowitz Steel (DC Bar 367174)
1341 G Street, N.W., Suite 500
 Washington, D.C. 20005-3105
(202) 626-7660
Fax (202) 628-3606

*Counsel for defendant Fleischman & Walsh, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true copy of the foregoing Certificate Regarding Discovery was mailed first-class, postage pre-paid and via electronic case filing (ECF) on the 11th day of October 2006, to:

Perry Becker, Esquire
L. Jeanette Rice, Esquire
Walsh, Becker, Spears & Moody
15300 Gallant Fox Lane
Suite 218
Bowie, MD 20715

Misty Klapper & Associates
1150 Connecticut Avenue, NW
Washington, DC 20036
Court Reporter


_____*/s/ Laura N. Steel*_____
Laura N. Steel

243789.1