UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| CARLA MCCLINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEISCHMAN AND WALSH, P.C., )<br>)<br>Defendant. ) | Civil Action 05-2433(RWR) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff, Carla McClinton, and defendant, Fleischman & Walsh, P.C., all of the parties who have appeared in the above-captioned action, as evidenced by the respective signatures of counsel below, STIPULATE AND AGREE that plaintiff's Complaint, including any and all amendments thereto, and any and all claims and causes of action, are hereby dismissed *with prejudice* as to all parties, with each party to bear her or its own costs and attorneys' fees.

Respectfully submitted,

By: _____
Perry Becker, Esquire (D.C. Bar No. 935510)
L. Jeanette Rice, Esquire (D.C. Bar No. 12933)
Walsh, Becker, Spears & Moody
15300 Gallant Fox Lane
Suite 218
Bowie, MD 20715
(301) 262-6000
*Counsel for Plaintiff*

and

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Laura N. Steel, Esquire (D.C. Bar No. 367174)
Yoora Pak, Esquire (D.C. Bar No. 467007)
*(application for federal admission pending)*
1341 G Street, N.W.
Suite 500
Washington, DC 20005
202-626-7660
***Counsel for Defendant, Fleischman and Walsh, LLP***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was served by electronic court filing this 7th day of December 2006, upon:

L. Jeanette Rice, Esquire
Walsh, Becker, Spears & Moody
15300 Gallant Fox Lane
Suite 218
Bowie, MD 20715

_____
Laura N. Steel